UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------ x
:
HIWOT, et al.,                                                     :
:
                      **Plaintiffs,**         :  Civil Action No.
:
            - against -                    :  00-CV-01392 TPJ
:
The FEDERAL DEMOCRATIC REPUBLIC OF  :
ETHIOPIA                                                           :
3506 International Drive, N.W.                                     :
Washington, D.C. 20008                                             :
:
and                                                                :
:
The COMMERCIAL BANK OF ETHIOPIA                                    :       F I L E D
P.O. Box 255                                                       :
Addis Ababa                                                        :       SEP 1 5 2000
Ethiopia                                                           :
:       NANCY MAYER WHITTINGTON, CLERK
:          U.S DISTRICT COURT
:
                      **Defendants.**         :
------------------------------------------------------------------ x

## ORDER

    Plaintiffs and defendants have jointly moved this Court for an extension of time (*i*) for defendants to file a responsive pleading or otherwise to move, (*ii*) for plaintiffs to file an opposition to a motion to dismiss, should defendants so move, (*iii*) for defendants to file a reply to plaintiffs' opposition, should defendants move to dismiss, (*iv*) for plaintiffs to file a motion for class certification pursuant to Rule 23(c)(1) of the Federal Rules of Civil Procedure, (*v*) for defendants to file an opposition to a motion for class certification and (*vi*) for plaintiffs to file a reply to defendants' opposition to a motion for class certification.

21027062v1

It is, therefore, ORDERED that the following schedule shall apply with respect to defendants' time to respond to the complaint or otherwise move, with respect to plaintiffs' time to move for class certification, and with respect to the briefing of any motion to dismiss and motion for class certification:

| | |
|---|---|
| November 17, 2000: | Last day for defendants to respond to the complaint or otherwise move; |
| January 26, 2001: | Last day for plaintiffs to file an opposition to defendants' motion to dismiss, should defendants move to dismiss; |
| March 2, 2001: | Last day for defendants to file a reply to plaintiffs' opposition to defendants' motion to dismiss, should defendants move to dismiss; |
| 45 Days After Decision on Motion to Dismiss (should the complaint not be dismissed): | Last day for plaintiffs to move for class certification; |
| 60 Days Thereafter: | Last day for defendants to file an opposition to plaintiffs' motion for class certification; |
| 30 Days Thereafter: | Last day for plaintiffs to file a reply to defendants' opposition to plaintiffs' motion for class certification. |

Dated: September 15, 2000

_____
Thomas Penfield Jackson, U.S.D.J.

Names and addresses for notification of entry of Order:

Colby A. Smith (NY0011)
Jonathan Tuttle (438995)
DEBEVOISE & PLIMPTON
555 13th Street, N.W.
Washington, D.C. 20004

William R. Sherman (423431)
Lisa K. Hsiao (444890)
Coke Morgan Stewart (461665)
VERNER, LIIPFERT, BERNHARD,
McPHERSON & HAND
901 15th Street, N.W.
Washington, D.C. 20005

21027062v1