UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------ x
HIWOT NEMARIAM, et. al.

on behalf of themselves and all others similarly
situated

                    Plaintiffs,

                - against -

THE FEDERAL DEMOCRATIC REPUBLIC OF
ETHIOPIA, et. al.

                Defendants.
------------------------------------------------------------ x

Civil Action No. 00-CV—1392-TPJ

FILED
JUN 26 2001
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## [PROPOSED] ORDER SUPPLEMENTING JUNE 20, 2001 ORDER

It is hereby ORDERED that (*i*) plaintiffs have until June 26, 2001 to submit one further declaration in support of their Memorandum in Further Opposition to Defendants' Motion to Dismiss; (*ii*) plaintiffs' First Amended Complaint is deemed properly served and filed, without prejudice to defendants' challenge to personal and subject matter jurisdiction; and (*iii*) defendants' pending Motion to Dismiss shall be directed to plaintiffs' First Amended Complaint.

Dated: June 26, 2001.

                                            Thomas Penfield Jackson, U.S.D.J.

#33

