UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HIWOT NEMARIAM, <u>et al.</u>, )<br>  )<br>   Plaintiffs, )<br>  )<br>   v. )<br>  )<br>THE FEDERAL DEMOCRATIC )<br>REPUBLIC OF ETHIOPIA, <u>et al.</u>, )<br>  )<br>   Defendants. )<br>  ) | Civil Action No. 00-1392 (RBW) |

## ORDER

The plaintiffs, individuals of Eritrean origin, descent, or nationality, bring this action against the Federal Democratic Republic of Ethiopia and the Commercial Bank of Ethopia ("CBE") for the alleged unlawful takings of their property and their mass expulsion from Ethiopia in violation of international law pursuant to the expropriation exception to the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. §§ 1330(a), 1605(a)(3) (2000). Complaint ("Compl.") ¶¶ 10-11, 117-122. Currently before the Court is the Defendants' Refiled Motion to Dismiss for Lack of Jurisdiction. For the reasons set forth in the accompanying memorandum opinion, it is hereby this 8th day of November, 2005,

     **ORDERED** that the defendants' motion to dismiss is **GRANTED.**

     **SO ORDERED**.

REGGIE B. WALTON<br>United States District Judge